FI[ED]
OCT 25 2013
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| v. | ) | 21 U.S.C. § 853 |
| | ) | |
| JEREMY BISCEGLIA, | ) | |
| a/k/a New York Joe, | ) | Case. 1:13-mj-803 |
| | ) | Assigned To : Magistrate Judge Deborah A. Robinson |
| Defendant. | ) | Assign. Date : 10/25/2013 |
| | ) | Description: Arrest Warrant Removal (Indictment) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Possession with Intent to Distribute Methamphetamine)

On or about August 8, 2013, in the State and District of Minnesota, the defendant,

**JEREMY BISCEGLIA,**
a/k/a New York Joe,

did unlawfully, knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant,

**JEREMY BISCEGLIA,**
a/k/a New York Joe,

shall forfeit to the United States any property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violation; and any property

U.S. v. Jeremy Bisceglia

used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, and any substitute for such property under Title 21, United States Code, Section 853(p), all pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____  _____
ACTING UNITED STATES ATTORNEY     FOREPERSON